JULY 24, 1957

No. 61088.—Paolo Alonge, Inc. v. United States, protest 160327–K.——▮▮▮▮▮—C. D. 1886. Motion of Government for rehearing denied.

JULY 22, 1957

No. 61089.—SUIT 4866.—Air Carrier Supply Corp. and Carmas Supply Corp. v. United States.——▮▮▮▮▮——C. D. 1740 affirmed April 4, 1957. C. A. D. 647.

No. 61090.—SUIT 4882.—Socony Vacuum Oil Co., Inc. v. United States.—▮▮▮▮▮——C. D. 1777 affirmed March 29, 1957. C. A. D. 641.

JULY 25, 1957

No. 61091.—SUIT 4898.—H. Muehlstein & Co., Inc., and F. L. Kraemer & Co. v. United States.——▮▮▮▮▮——C. D. 1806 affirmed March 29, 1957. C. A. D. 645.

No. 61092.—SUIT 4901.—Richter Bros., Inc. v. United States.——▮▮▮▮▮——Abstract 59993 reversed April 10, 1957. C. A. D. 649.

BEFORE THE FIRST DIVISION, JULY 29, 1957

No. 61093.—Mrs. Ruby Smith v. United States, petition 7110–R (Atlanta).

Opinion by WILSON, J. The petition was dismissed.